GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2021 DEC 29 PM 1:57

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR-21-03282-TUC-SHR(LAB)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     vs.<br><br>Javier Alejandro Ramos Velderrain,<br><br>             Defendant. | No.<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. § 924(a)(1)(A)<br>(Making False Statements in<br>Records of Federally Licensed<br>Firearms Dealers)<br>Counts 1, 2, 3<br><br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c)<br>Forfeiture |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about June 12, 2020, in the District of Arizona, Defendant JAVIER ALEJANDRO RAMOS VELDERRAIN knowingly made a false statement and representation to SNG Tactical, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of SNG Tactical, in that Defendant JAVIER ALEJANDRO RAMOS VELDERRAIN, in connection with the purchase of a firearm, that is, a Century Arms International model VSKA 7.62x39mm caliber rifle, stated that his current residence address was 4610 East Skyline Drive, Apt. 1012, Tucson, AZ, 85718, when in fact that was not his current residence address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about June 16, 2020, in the District of Arizona, Defendant JAVIER ALEJANDRO RAMOS VELDERRAIN knowingly made a false statement and representation to SNG Tactical, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of SNG Tactical, in that Defendant JAVIER ALEJANDRO RAMOS VELDERRAIN, in connection with the purchase of a firearm, that is, a Century Arms International model VSKA 7.62x39mm caliber rifle, stated that his current residence address was 4610 East Skyline Drive, Apt. 1012, Tucson, AZ, 85718, when in fact that was not his current residence address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

On or about October 10, 2020, in the District of Arizona, Defendant JAVIER ALEJANDRO RAMOS VELDERRAIN knowingly made a false statement and representation to 2A Ballistic Solutions, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of 2A Ballistic Solutions, in that Defendant JAVIER ALEJANDRO RAMOS VELDERRAIN, in connection with the purchase of a firearm, that is, a Barrett model M82A1 .50 BMG caliber rifle, stated that his current residence address was 4610 East Skyline Drive, Apt. 1012, Tucson, AZ, 85718, when in fact that was not his current residence address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Three of this Indictment, Defendant JAVIER ALEJANDRO RAMOS VELDERRAIN shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to two Century Arms International model VSKA 7.62x39mm caliber rifles.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
_____
FOREPERSON OF THE GRAND JURY
Dated: December 29, 2021

GARY M. RESTAINO
United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/
_____
ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

*United States of America v. Javier Alejandro Ramos Velderrain*
*Indictment Page 3 of 3*